UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHN M. TAYLOR, | ) |
| Plaintiff | ) |
| vs. | ) Case No. 1:10-cv-00720-IPJ-HGD |
| WARDEN CONSTANCE REESE, | ) |
| Defendant | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 5, 2012, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. On April 16, 2012, objections were filed by the plaintiff.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

DATED this 30th day of April, 2012.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE